Prepared by State Reporter from Appeal Papers

VILLAGE OF NORTH PELHAM, Respondent, *v.* RAYMOND J. OHLIGER et al., Appellants.

*Constitutional law — municipal corporations — villages — Zoning Law — validity of ordinance prohibiting erection of building within four feet of street line.*

*Village of North Pelham v. Ohliger,* 216 App. Div. 728, affirmed.

(Submitted May 17, 1927; decided May 31, 1927.)

APPEAL from a judgment, entered May 17, 1926, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff. The action was brought to enjoin the defendants from constructing a building on premises owned by them in the village of North Pelham, on the ground that the plans violated the zoning ordinance of the village in that the building was to be constructed within four feet of the front lot line of the premises. Defendants contended that the ordinance was unreasonable and unconstitutional in that it deprived defendants of the use of a portion of their land without compensation.

*George L. Kettner* for appellants.

*George Lambert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

LILLIAN O'MAHONY, Respondent, *v.* BENJAMIN M. FANDO et al., Defendants, and THE FANDO REALTY CORPORATION, Appellant.

*Negligence — nuisance — streets — injury to pedestrian from falling into unguarded excavation close to sidewalk.*

*O'Mahony v. Fando,* 218 App. Div. 833, affirmed.

(Argued May 17, 1927; decided May 31, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered January 3, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff was injured by falling into an unguarded excavation close to the sidewalk on Eighth avenue between Forty-eighth and Forty-ninth streets in the borough of Manhattan, made in connection with repairs to a building in possession of defendant, appellant.

*Harold R. Medina, Edward Gluck* and *Jay A. Gilman* for appellant.

*David C. Munson* and *Jeremiah A. O'Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARY BAMONTE, as Administratrix of the Estate of FRANK BAMONTE, Deceased, Appellant, *v.* ARTHUR DAVENPORT, Respondent.

*Negligence — motor vehicles — pedestrian killed by automobile owned by defendant and driven by his employee — complaint dismissed on ground automobile was being used contrary to orders of defendant.*

*Bamonte v. Davenport*, 217 App. Div. 734, affirmed.

(Argued May 17, 1927; decided May 31, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 17, 1926, unanimously affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate was struck and killed by an automobile owned by defendant and driven by his employee. The trial court directed a verdict in favor of defendant on the ground that, at the time of the occurrence of the accident,